Matter of Singleton (2024 NY Slip Op 03862)

Matter of Singleton

2024 NY Slip Op 03862

Decided on July 18, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 18, 2024

PM-140-24
[*1]In the Matter of Quinton Rhys Singleton, an Attorney. (Attorney Registration No. 5076559)

Calendar Date:July 15, 2024

Before:Egan Jr., J.P., Clark, Pritzker, Lynch and Fisher, JJ.

Quinton Rhys Singleton, Henderson, Nevada, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Quinton Rhys Singleton was admitted to practice by this Court in 2012 and lists a business address in Henderson, Nevada with the Office of Court Administration. Singleton now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Singleton's application.
Upon reading Singleton's affidavit sworn to May 4, 2024 and filed May 13, 2024, and upon reading the June 26, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Singleton is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Clark, Pritzker, Lynch and Fisher, JJ., concur.
ORDERED that Quinton Rhys Singleton's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Quinton Rhys Singleton's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Quinton Rhys Singleton is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Singleton is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Quinton Rhys Singleton shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.